IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO.05-20084-D |
| | * | |
| MARK TAYLOR | * | |

### ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On **May 19, 2005**, the defendant appeared before me on a charge of violation of the terms and conditions of his probation/supervised release in this matter. The defendant was or had previously been advised of his/her rights under FRCrP 5 and 32.1(a)(1) and appeared with counsel, **Jeffrey Jones**, who had been **retained**.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of his/her probation/supervised release.

Accordingly, defendant is held to a revocation hearing before the United States District Judge to whom this case is assigned. It is presumed that the District Judge will set this matter for a revocation hearing pursuant to FRCrP 32.1(a)(2), and will see that appropriate notices are given.

IT IS SO ORDERED this 19th day of May, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20084 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT